[No. 65332-6-I.   Division One.   June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. M.G.H., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-8-00157-0, George N. Bowden, J., entered March 31, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 65477-2-I.   Division One.   June 13, 2011.]

MONTE PRICE, *Appellant*, v. BEACON PUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19934-5, Paris K. Kallas, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Spearman, JJ.

[No. 65737-2-I.   Division One.   June 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. W.E.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-01545-2, Michael J. Trickey, J., entered July 14, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 65958-8-I.   Division One.   June 13, 2011.]

*In the Matter of the Dependency of* L.M.K.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. BRANDI SLUSSER-KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-7-00359-3, G. Brian Paxton, J. Pro Tem., entered September 7, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.